UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. S-04-0388 MCE |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | ORDER |
| | ) | |
| TYSON BARTHOLOMEW TROTTER, | ) | |
| | ) | |
| Defendant. | ) | |

By stipulation of Barry V. Voss, Attorney for Defendant Tyson Trotter, Ms. Krista Hart, Attorney for Defendant Brady Morse, and Mr. Phillip Talbert, AUSA,

**IT IS HEREBY ORDERED**:

That Ms. Krista Hart will appear on behalf of Barry V. Voss at the status conference scheduled for October 25, 2005, in the above-entitled matter.

Dated: October 21, 2005

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE