UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>vs.<br><br>TYSON BARTHOLOMEW TROTTER,<br><br>                    Defendant. | CR. S-04-0388 MCE<br><br>ORDER<br><br>**FILED**<br>JAN - 4 2007<br>CLERK, U.S. DISTRICT COURT<br>EASTERN DISTRICT OF CALIFORNIA<br>BY _____<br>        DEPUTY CLERK |

By stipulation of Barry V. Voss, Attorney for Defendant Tyson Trotter, Attorney for Defendant, and Mr. Phillip Talbert, AUSA,

**IT IS HEREBY ORDERED:**

That pursuant to the Stipulation of the parties, the schedule for disclosure of the pre-sentence report and objection thereto is amended as set forth in the Stipulation dated December 21, 2006.

Dated this 4th day of January, 2007.

BY THE COURT:

_____
Judge Morrison C. England Jr.
United States District Court